KEARNY LEASING CORPORATION v. TOWN OF KEARNY.

October 15, 1985.

Petition for certification denied.

GLORIA MACH v. ARTHUR MACH.

October 15, 1985.

Petition for certification denied.

HUDSON COUNTY BOARD OF CHOSEN FREEHOLDERS AND AARON I. SCHULMAN v. EDWARD F. CLARK, JR.

October 15, 1985.

Petition for certification denied. (See 203 *N.J.Super.* 102)